No. 8986.   STATE OF MONTANA, on the Relation of HOT SPRINGS AERIE NO. 2598, FRATERNAL ORDER OF EAGLES, a fraternal organization, incorporated under the laws of the State of Montana, PETITIONER, v. MONTANA LIQUOR CONTROL BOARD, and B. G. PAIGE, HANS C. HANSEN, and CARL H. RIPPEL, as and constituting the members of said Montana Liquor Control Board, DEFENDANTS.

Decided May 24, 1950.

*Messrs. Loble & Loble, Mr. Gene A. Picotte, Messrs. Toomey, McFarland & Wagner*, all of Helena, for Petitioner.

Per Curiam.

This court declines to accept original jurisdiction in this

matter applying for a writ of mandate to compel the Montana liquor control board to approve a transfer by Hot Springs Aerie No. 2598, Fraternal Order of Eagles, of its retail beer license and its retail liquor license to an individual and it is ordered that the writ be denied without prejudice.

It is further ordered that the order in this case pronounced May 23, 1950, be withdrawn and that this order be substituted.